## Karavites *v.* Pulakos, Inc. et al., Appellants.

Argued March 18, 1959. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and McBRIDE, JJ.

*Fred B. Sieber,* with him *Dana Sherwood Jones,* for appellants.

*Will J. Schaaf,* with him *John A. Spaeder,* and *Marsh, Spaeder, Baur, Spaeder & Schaaf,* for appellee.

OPINION PER CURIAM, April 20, 1959:
The order of the court below granting the plaintiff a new trial is affirmed at the appellants' costs.